IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PATRICIA A. CHAPMAN                                                    PLAINTIFF

vs.                                    Civil No. 04-4163

JO ANNE B. BARNHART,
Commissioner, Social Security Administration                          DEFENDANT

## JUDGMENT

Comes now the Court on this 3rd day of February, 2006, in accordance with the

Memorandum Opinion filed in the above styled case on today's date, and hereby considers,

orders and adjudges that the decision of the Commissioner of Social Security is reversed and

this matter is remanded to the Commissioner, pursuant to sentence four, *42 U.S.C. § 405(g),* for

further consideration consistent with the Memorandum Opinion.

Counsel is reminded that, in view of the United States Supreme Court decision, *Shalala*

*v. Schaefer, 113 S.Ct. 2625, 125 L.Ed.2d 239 (1993)*, a petition for attorney's fees under the

Equal Access to Justice Act must be filed within 30 days from the date this Judgment becomes

final.

IT IS SO ORDERED.

/s/Bobby E. Shepherd
Honorable Bobby E. Shepherd
United States Magistrate Judge