IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PATRICIA CHAPMAN                                                                        PLAINTIFF

       v.                             Civil No. 04-4163

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                 DEFENDANT

## JUDGMENT

On this 14th day of April, 2006, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Greg Giles, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees and expenses in the amount of $2,737.50 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

                                    /s/ Bobby E. Shepherd
                                    HONORABLE BOBBY E. SHEPHERD
                                    UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)